# Exhibit A, Page 2

*Opus East, LLC*

| No. | Name | Invoice Number | Invoice Date | Invoice Amount | Supplier Number | Payment Number | Check Date | Clear Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SA Comunale  Inc | APP01-9427202 | 3/25/2009 | $26,045.00 | 1010718 | 10678 | 4/29/2009 | 5/5/2009 | Rows 1&2 sum to the total |
| 2 | SA Comunale  Inc | APP01-9427202 | 3/25/2009 | $846.00 | 1010718 | 10678 | 4/29/2009 | 5/5/2009 | transfer amount of **$24,201.90** |
| 3 | SA Comunale  Inc | APP02-9427202 | 4/25/2009 | $24,201.90 | 1010718 | 10863 | 5/22/2009 | 6/9/2009 | $6,372.10 |
| | | | | | | | | | **$30,574.00** |